■ GREGORY BERRY, Appellant, v KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP, et al., Respondents. [957 NYS2d 864]—Order, Supreme Court, New York County (Eileen Bransten, J.), entered on or about January 13, 2012, which granted defendants' motion to dismiss the complaint pursuant to CPLR 3211, unanimously affirmed, without costs.

Plaintiff's claims are barred by the release and were properly dismissed. Concur—Friedman, J.P., Renwick, Manzanet-Daniels, Román and Clark, JJ.